UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21603-CIV-GOLD/MCALILEY

SALAM JEANS LIMITED,

    Plaintiff,

v.

REGIONS BANK and
FORTUNE SWIMWEAR, LLC,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 187] ON FORTUNE SWIMWEAR, LLC'S MOTION FOR FINAL DEFAULT JUDGMENT [DE 182]

THIS CAUSE is before the Court on Fortune Swimwear, LLC's ("Fortune") Motion for Final Default Judgment **[DE 182]**, which matter was previously referred to Magistrate Judge Chris McAliley for report and recommendation. On March 3, 2010, Judge McAliley issued a report and recommendation (the "Report") on the Motion **[DE 187]**. Having reviewed the record in conjunction with the thorough and well-reasoned report and recommendation and recognizing that Defendants did not object, I hereby affirm and adopt the report and recommendation. Accordingly, it is hereby

ORDERED AND ADJUDGED:

1.    The Report **[DE 187]** is AFFIRMED AND ADOPTED.

2.    Fortune's Motion for Final Default Judgment **[DE 182]** is GRANTED.

3.    Final Judgment in favor of Fortune against Plaintiff Salam Jeans Limited in the amount of $471,832.00 plus prejudgment interest at the statutory rate shall issue forthwith.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of March,

2010.

                                            THE HONORABLE ALAN S. GOLD
                                            UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Chris McAliley
All counsel of record